KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   1301 Clay Street; Suite 340-S
   Telephone: (510) 637-3771
   FAX: (510) 637-3724
   e-mail: doug.sprague@usdoj.gov

Attorneys for Plaintiff

FILED
JAN 4 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY POOYA AFLATOONI,<br><br>    Defendant. | No. 4-06-70787 WDB<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING PRELIMINARY<br>HEARING OR ARRAIGNMENT DATE<br>AND WAIVING TIME<br><br>OAKLAND VENUE |

    The parties request and stipulate that the date for the preliminary hearing or arraignment of defendant, Tony Pooya Aflatooni, be continued from Friday, January 5, at 10:00 a.m., to Friday, January 26, at 10:00 a.m. The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from January 5, ~~2006~~ 2007, to and including January 26, ~~2006~~ 2007. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. Undersigned defense counsel represents that he has spoken with his client, Mr. Aflatooni, and that Mr. Aflatooni agrees to the continuance and to time being tolled and waived as requested.

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
4-06-70787 WDB

cc: WDB's stats, Copy to parties via ECF

In support of this request, the parties note that on December 28, 2006, the government produced to defense counsel a substantial amount of discovery, including twelve CDs and various documents. The government has at least one additional CD to produce to defense counsel. In addition, defense counsel was unavailable during the last week of December, so he needs time to review the substantial discovery and to discuss it with his client. The defense needs to review this material to make an informed decision regarding a possible resolution of this matter, and the parties are attempting to negotiate a resolution.

**IT IS SO STIPULATED.**

DATED:     January 4, ~~2006~~ 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

By_____/s/_____
W. DOUGLAS SPRAGUE
Assistant U.S. Attorney

DATED:     January 4, ~~2006~~ 2007

_____/s/_____
JOHN PAUL REICHMUTH
Attorney for Defendant Tony Pooya Aflatooni

**IT IS SO ORDERED.**

DATED:     January 4, ~~2006~~ 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
4-06-70787 WDB