BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St.– Suite 650
Oakland, CA 94607-3627

Counsel for Defendant AFLATOONI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TONY POOYA AFLATOONI, Defendant. | No. CR 07-00060-SBA<br>[PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from May 15, 2007 until May 29, 2007 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the sentencing in this case.

2. A proposed plea agreement is under advisement by the court.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (1)(I) and (8)(A) from May 15, 2007 until May 29, 2007.

IT IS FURTHER ORDERED that the CHANGE OF PLEA AND JUDGMENT AND SENTENCING HEARING date of May 15, 2007, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for May 29, 2007 at 10:00 a.m.

DATED:5/14/07

Saundra B Armstrong

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE